BERRAN, Appellants.— Motion for stay denied. Present — Lazansky, P. J., Hagarty, Carswell, Scudder and Tompkins, JJ.

ROSE M. PALMER and LILLIAN PALMER, Appellants, v. ROTARY REALTY CO., INC , and Others, Respondents.— Motion to hear appeal on original papers denied Present — Lazansky, P. J., Hagarty, Carswell, Scudder and Tompkins, JJ.

ROSE M. PALMER and LILLIAN PALMER, Appellants, v. ROTARY REALTY CO., INC., and Others, Respondents. — Motion to dismiss appeal denied. Present — Lazansky, P. J., Hagarty, Carswell, Scudder and Tompkins, JJ.

ANNA PARTHEY, Respondent, v. BENJAMIN BEYER, Appellant.— Motion to certify a constitutional question granted. Motion for stay of execution of judgment granted upon condition that the instrument directed to be canceled be impounded with the clerk of the county of Suffolk; otherwise, motion for stay denied. Present — Lazansky, P. J., Hagarty, Carswell, Scudder and Tompkins, JJ. Settle order on notice.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. OSCAR ANDERSON, Appellant.— Motion to reopen appeal and submit supplemental brief denied. Present — Lazansky, P. J., Hagarty, Carswell, Scudder and Tompkins, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. TONY MARTUCCI, Appellant.— Motion for reargument of motion to dismiss appeal denied. Lazansky, P. J., Hagarty, Carswell and Tompkins, JJ., concur; Scudder, J., dissents.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MICHAEL RICHETTI, Appellant.— Motion for reargument of motion to dismiss appeal denied. Lazansky, P. J., Hagarty, Carswell and Tompkins, JJ., concur; Scudder, J., dissents.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. RALPH TUSCILLO, Appellant.— The decision of this court handed down on January 10, 1930,* is hereby amended to read as follows: Motion for reargument granted and case set down for argument on Monday, February 10, 1930. The clerk of this court is directed to request the county clerk of Richmond county to return the remittitur. Present — Lazansky, P. J., Young, Kapper, Hagarty and Carswell, JJ.

ABRAHAM REINLIEB, Appellant, v. EDWARD J. ROSE and BERNARD RATKOWSKY, Respondents.— Motion for reargument denied, with ten dollars costs. Present —Lazansky, P. J., Hagarty, Carswell, Scudder and Tompkins, JJ.

JOHN SCHWIND, Respondent, v. HARRIET SILVERMAN, Appellant.— Motion for stay granted. Present — Lazansky, P. J., Hagarty, Carswell, Scudder and Tompkins, JJ.

JOSEPH D. SELDEN, Respondent, v. ANGLO-INDIA COMPANY, INC., a Domestic Corporation, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Carswell, Scudder and Tompkins, JJ.

IRENE A. TIBBETTS, Appellant, v. CHARLES A. TIBBETTS, Respondent.— Decision reserved until the argument of the main appeal, upon which the questions involved on this motion will be considered. Present — Lazansky, P. J., Rich, Kapper, Carswell and Scudder, JJ.

---

* *Ante*, p. 701.— [REP.